UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MADELINE GRULLON**,** as Parent and Natural Guardian of C.B., and MADELINE GRULLON, Individually,

Plaintiffs,

-against-

KAMAR H. SAMUELS, in his official capacity as Chancellor of the NEW YORK CITY DEPARTMENT OF EDUCATION, and the NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendants.

26-CV-3588 (ALC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On August 10, 2026, I ordered the parties to meet and confer within two weeks of the order to attempt to settle this action and to submit a joint letter to the court within 3 weeks informing the Court, among other things, whether the parties have settled and, if not, what next steps should be taken to move the case forward. (ECF 16.) 3 weeks from August 10, 2026 was August 31, 2026, but the Court has not received a joint letter from the parties.

Accordingly, I am nunc pro tunc extending the deadline for the parties to file their joint letter until **September 2, 2026**.

Dated: September 1, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge