UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MADELINE GRULLON, as Parent and Natural Guardian of C.B., and MADELINE GRULLON, Individually,

Plaintiffs,

-against-

KAMAR H. SAMUELS, in his official capacity as Chancellor of the NEW YORK CITY DEPARTMENT OF EDUCATION, and the NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendants.

26-CV-3588 (ALC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Before me is the parties' joint letter to the Court containing (1) the parties' joint proposed briefing schedule, (2) the parties' application to waive their obligation to file Rule 26.1 Statements of Fact in conjunction with their cross-motions for summary judgment, and (3) Plaintiff's application to file the certified administrative record under seal. (ECF 22.)

1. The parties' proposed briefing schedule on their cross-motions for summary judgment is SO ORDERED.

   a. Plaintiff shall file the Certified Administrative Record and her motion for summary judgment by **September 28, 2026**;

   b. Defendants shall file their cross-motion for summary judgment and opposition to Plaintiff's motion by **October 29, 2026**;

   c. Plaintiff shall file her reply, if any, in further support of her motion and her opposition to Defendants' cross-motion by **November 5, 2026**,

d. and Defendants shall file their reply, if any, in further support of their cross-motion by **November 11, 2026**.

2. The parties' application that the Court waive their obligation to file Rule 26.1 Statements of Fact is GRANTED.

3. Plaintiff's application to file the administrative record under seal is GRANTED in part and DENIED in part, in that Plaintiff may file an appropriately redacted version of the administrative record on the public docket but may not file the entire administrative record under seal.

Dated: September 3, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge