UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MADELINE GRULLON, as Parent and Natural Guardian of C.B., and MADELINE GRULLON, Individually,<br><br>Plaintiffs,<br><br>-against-<br><br>KAMAR H. SAMUELS, in his official capacity as Chancellor of the NEW YORK CITY DEPARTMENT OF EDUCATION, and the NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>Defendants. | 26-CV-3588 (ALC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On September 3, 2026, I entered an order for a briefing schedule of the parties' anticipated cross-motions for summary judgment, which required Plaintiff to filed the certified administrative record and her motion for summary judgment by September 28, 2026. (*See* ECF 23.) To date, Plaintiff has made no such filing. Accordingly, I am nunc pro tunc extending the deadline for Plaintiff to file the certified administrative record and her motion for summary judgment until **September 30, 2026**.

Dated: September 29, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge