UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MADELINE GRULLON**,** as Parent and Natural Guardian of C.B., and MADELINE GRULLON, Individually,

Plaintiffs,

-against-

KAMAR H. SAMUELS, in his official capacity as Chancellor of the NEW YORK CITY DEPARTMENT OF EDUCATION, and the NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendants.

26-CV-3588 (ALC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The pending request to seal the administrative record (ECF 27) falls within the scope of my reference for general pretrial supervision. The request is DENIED. Per my Individual Rules and Practices, Plaintiff is directed to re-file a version of the administrative record on the docket with redactions to any identifying information about the child by **October 7, 2026**. *See A.S. on behalf of T.B. v. New York City Dep't of Educ.*, No. 23-CV-4580 (JPC), 2024 WL 4354894, at *2 n.2 (S.D.N.Y. Sept. 30, 2024) (denying in part the plaintiff's motion to seal and directing the plaintiff to re-file exhibits with redactions to their child's sensitive personal information where the exhibits also contained non-sensitive information).

Dated: September 30, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**