UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MADELINE GRULLON, as Parent and Natural Guardian of C.B., and MADELINE GRULLON, Individually,

Plaintiffs,

-against-

KAMAR H. SAMUELS, in his official capacity as Chancellor of the NEW YORK CITY DEPARTMENT OF EDUCATION, and the NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendants.

26-CV-3588 (ALC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On October 7, 2026, in compliance with my Order at ECF 29, Plaintiff filed the administrative record on the docket with redactions to identifying information about the minor Plaintiff. The updated materials largely comply with my Order. However, Plaintiff's filing has not redacted all instances of the minor Plaintiff's confidential personal information. The following pages require further redactions:

- ECF 30-1: pp. 124, 185;
- ECF 30-9: pp. 5, 9;
- ECF 30-11: pp. 1-2, 4, 61-62, 107-108;
- ECF 30-12: pp. 1, 5;
- ECF 30-13: p. 3;
- ECF 30-16: pp. 5-6;
- ECF 30-18: p. 111, 124, 126, 129, 132, 139, 140, 142, 148, 150, 151, 167-71, 173, 176-77, 179, 183; and
- ECF 30-19: pp.2

The following pages require reformatting as they are currently in landscape orientation and contain random redactions, the page is cut off, and/or require redactions of minor Plaintiff's confidential personal information:

- ECF 30-11: pp. 138-43
- ECF 30-12: pp. 1-7, 9-10, 13-14, 16, 18,
- ECF 30-13: p. 1

Accordingly, Plaintiff is ORDERED to re-file an updated redacted version of the administrative record on the docket, with corrections made in accordance with this Order, by **October 23, 2026.**

To the extent they are not already sealed, the Clerk of Court is respectfully requested to seal ECFs 30-1, 30-9, 30-11, 30-12, 30-13, 30-16, 30-18, and 30-19, with access to court personnel and case participants only.

Dated: October 19, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**